## Graves *against* Miller.

*Root* moved to set aside a judgment taken by default in this cause, and the subsequent proceedings.

*Sherwood*, contra, read an affidavit of the service of the notice of a rule, for the assignment of errors, on the defendant by affixing the same in the clerk's office ; and stating further that the defendant had removed out of the county.

*Per curiam.* The service, in such case, must be either personal, or it should be satisfactorily shown why it was not so, and that it has been left at the party's last usual place of abode.

Rule granted.

IN the matter of *Stratton*, and others, on a petition for the partition of lands, *the court* said, that the general guardian appointed by the *surrogate*, was not sufficient to authorise him to act for the infants, but a new appointment of a guardian must be made by the court, under the act.